UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JONES, | No. 2:19-cv-0045 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| MR. COOPER MORTGAGE, et al., | |
| Defendants. | |

Plaintiff, Nathaniel Jones, is proceeding pro se in this action. Therefore, the matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Noticed for hearing before the undersigned on February 22, 2019, is defendant Real Time Resolutions, Inc.'s motion to dismiss. (ECF No. 5.) Pursuant to Local Rule 230(c) plaintiff was to file opposition or a statement of non-opposition to defendant's motion "not less than fourteen (14) days preceding the noticed . . . hearing date." Plaintiff, however, has failed to file a timely opposition or statement of non-opposition.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and

////

1

all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final opportunity to oppose defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution;

2. The February 22, 2019 hearing of defendant's motion to dismiss (ECF No. 5) is continued to **Friday, March 22, 2019, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

3. On or before **March 8, 2019**, plaintiff shall file an opposition or statement of non-opposition to defendant's motion[1]; and

4. Plaintiff is cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

Dated:  February 13, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/jones0045.osc.cont.hrg

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.