UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL JONES, | No. 2:19-cv-0045 JAM DB PS |
| Plaintiff, | |
| v. | ORDER |
| MR. COOPER MORTGAGE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 24, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 24, 2020 (ECF No. 37) are adopted in full;

2. Defendant Real Time Resolution, Inc.'s July 24, 2019 motion to dismiss (ECF No. 25) is granted;

3. Defendants Nationstar Mortgage LLC and Deutsche Bank National Trust Company's July 29, 2019 motion to dismiss (ECF No. 26) is granted;

4. The amended complaint is dismissed without further leave to amend; and

5. This action is closed.

DATED: May 5, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE